# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | |
|---|---|
| LAWANNA DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 4:18-CV-00109-CDL |
| | ) |
| BARNES TRANSPORTATION SERVICES, INC. AND HARCO NATIONAL INSURANCE COMPANY, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

Having considered the parties consent motion to remand this case to Taylor County Superior Court and Plaintiffs stipulation that she will not seek a judgment exceeding $75,000.00 in this case under any circumstances, IT IS HEREBY ORDERED AND ADJUDGED that this case be remanded to the Superior Court of Taylor County.

This   25t$^h$ day of September, 2018.

S/Clay D. Land
Honorable Clay D. Land, Chief Judge