IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LAWANNA DAVIS, | * |
| Plaintiff, | * |
| v. | Case No. 4:18-cv-109 (CDL) |
| | * |
| BARNES TRANSPORTATION SERVICES., INC. and HARCO NATIONAL INSURANCE COMPANY, | * |
| | * |
| Defendants. | * |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 25, 2018, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Taylor County, Georgia.

This 25th day of September 2018.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk